AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*October 06, 2025*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ivan GARCIA-Lopez | ) | Case No. **4:25-mj-591** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 8, 2025** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code 1326(a)&(b) | Reentry of Removed Alien |

This criminal complaint is based on these facts:

Continued on the attached sheet.

*Complainant's signature*

Mitchell Lundquist, Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found October 6, 2025.

*Judge's signature*

Peter Bray, U.S. Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

4:25-mj-591

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Mitchell Lundquist, being duly sworn by telephone, hereby depose and say:

(1) I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have served in that capacity since May of 2019. Prior to this position, I served as a United States Border Patrol Agent and a Deportation Officer with Immigration and Customs Enforcement. I have over 10 years of immigration law enforcement experience.

(2) On September 8, 2025, Law enforcement officers were attempting to locate GARCIA-Lopez due to him having an outstanding arrest warrant for Felony Evading Arrest or Detention with a Vehicle. On the same date, HSI SA Lundquist encountered Ivan GARCIA-Lopez during a vehicle stop along with Harris County Sheriff's Office Deputies at 1711 Fairbanks St. Houston, TX, which is within the Southern District of Texas. At the time of his encounter while law enforcement officers were attempting to make contact with GARCIA-Lopez, he took off on foot in attempt to evade law enforcement officers. GARCIA-Lopez was arrested and taken into custody due to his outstanding arrest warrant and transported to the Harris County Jail.

(3) On September 8, 2025, HSI SAs confirmed that the Defendant, Ivan GARCIA-Lopez is the same individual as the person referred to in this Affidavit as having been previously deported.

(4) On September 14, 2025, GARCIA-Lopez was released from the Harris County Jail pending judicial proceedings for his local charges.

(5) Based upon the information from immigration records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(6) <u>Element One</u>: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(7) <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):

    a. April 25, 2012
    b. February 22, 2019

(8)  <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on September 8, 2025, in Houston, Texas, Harris County, Texas, which is within the Houston Division of the Southern District of Texas.

(9)  <u>Element Four</u>: The Defendant did not have permission to re-enter the United States. I reviewed the contents of the Alien File associated with this Defendant and/or available database information and found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I intend to request certification of this fact from the Records Branch of the United States Citizenship and Immigration Service.

(10)  <u>Prior Criminal History</u>.  The Defendant has the following prior criminal history:

a. On February 5, 2008, the Defendant was convicted of Felony Engaging in Organized Criminal Activity in Harris County, Texas and sentenced to 6 months confinement.

b. On December 17, 2015, the Defendant was convicted of Felony Aggravated Assault with a Deadly Weapon in Harris County, Texas and sentenced to 3 years confinement.

c. On September 9, 2015, the Defendant was convicted of Felony Theft of property over $1500 less than $20K in Harris County, Texas and sentenced to 10 months confinement.

d. On January 4, 2018, the Defendant was convicted of violations of 8 USC 1326, Illegal Reentry in the Western District of Texas and sentenced to 25 months confinement.

On October 6, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint regarding Ivan GARCIA-Lopez. On or about that day, Assistant U.S. Attorney Celia Moyer accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

_____
Mitchell Lundquist
Special Agent
Homeland Security Investigations

Signed and sworn telephonically before me on this 6th day of October 2025, and I find probable cause.

_____
Peter Bray
U.S. Magistrate Judge